IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30894

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

ASHLEY SUTHERLAND

Defendant-Appellant.

**************************************************************

No. 96-30907

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

FRANK VISCONTI

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
(95-CR-341-I)

_____

August 8, 1997

Before REYNALDO G. GARZA, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.